UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2013 JUN -3  P 4: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:13cr105 (VLB) |
| v. | VIOLATION: |
| GARY ANUSAVICE, | 26 U.S.C. §7201 (tax evasion) |
| Defendant. | |

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE
(Tax Evasion)

For tax year 2008, the defendant GARY ANUSAVICE, knowing he had an outstanding tax liability owed to the United States, did willfully attempt to evade and defeat a substantial income tax due and owing by him to the United States of America, by: (i) using nominee entities to conceal income he earned in Connecticut, and (ii) failing to file an income tax return with the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7201.

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY

_____
SUSAN L. WINES
ASSISTANT UNITED STATES ATTORNEY